IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEROY FRANKLIN,

       Plaintiff,                  No. 2: 11-cv-2055 KJN P

   vs.

T. FELKER, et al.,

       Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned. (Dkt. No. 6.)

        Pursuant to this court's screening of plaintiff's original complaint pursuant to 28 U.S.C. § 1915A(a), the court found that the complaint may state cognizable claims against defendant Hackworth, but did not state a claim against defendants Felker, Castro, Harrod, Grannis, Allen and McDonald. (Dkt. No. 4.) The court gave plaintiff the option of proceeding on his original complaint or filing an amended complaint that added a cognizable claim against defendants Felker, Castro, Harrod, Grannis, Allen and McDonald. Plaintiff chose to proceed on his original complaint against defendant Hackworth, effectively choosing to terminate this action against defendants Felker, Castro, Harrod, Grannis, Allen and McDonald.

1  Accordingly, IT IS ORDERED that defendants Felker, Castro, Harrod, Grannis,
2  Allen and McDonald are dismissed from this action.
3  DATED: September 20, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

frank2055.fr