IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEROY FRANKLIN,

     Plaintiff,                    No. 2:11-cv-2055 KJN P

   vs.

T. FELKER, et al.,

     Defendants.          <u>ORDER</u>

_____/

        Plaintiff filed a second request for an extension of time to file an opposition to the September 27, 2012 motion for summary judgment.  Good cause appearing, the request will be granted.  No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time (dkt. no. 27) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file  an opposition to the September 27, 2012 motion for summary judgment.  No further extensions of time will be granted.

DATED:  December 6, 2012

                                              KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

fran2055.36.sec