IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEROY FRANKLIN,

    Plaintiff,                              No. 2:11-cv-2055 KJN P

    vs.

T. FELKER, et al.,

    Defendants.                         ORDER

/

        On February 11, 2013, plaintiff filed a change of address, noting that he was transferred, without notice, to an out of state facility on December 3, 2012. Plaintiff states that he has not received any mail from the court, that his legal property was confiscated due to the transfer, and that he was unable to gain law library access until January 30, 2013. On February 13, 2013, the clerk of the court sent plaintiff a copy of the court's December 7, 2012 and January 16, 2013 orders. Good cause appearing, plaintiff is granted an additional thirty days in which to file an opposition to the pending motion for summary judgment.

////

////

////

////

1

IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' motion for summary judgment. Defendants' reply, if any, shall be filed within seven days thereafter.

DATED: February 20, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

fran2055.eot