1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LEROY FRANKLIN,

11            Plaintiff,                    No. 2:11-cv-2055 KJN P

12        vs.

13   T. FELKER, et al.,

14            Defendants.                   ORDER

15   _____/

16            On February 11, 2013, plaintiff filed a change of address, noting that he was

17   transferred, without notice, to an out of state facility on December 3, 2012.  Plaintiff states that

18   he has not received any mail from the court, that his legal property was confiscated due to the

19   transfer, and that he was unable to gain law library access until January 30, 2013.  On February

20   13, 2013, the clerk of the court sent plaintiff a copy of the court's December 7, 2012 and January

21   16, 2013 orders.  Good cause appearing, plaintiff is granted an additional thirty days in which to

22   file an opposition to the pending motion for summary judgment.

23   ////

24   ////

25   ////

26   ////

1

1           IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of

2    this order in which to file an opposition to defendants' motion for summary judgment.

3    Defendants' reply, if any, shall be filed within seven days thereafter.

4    DATED:  February 20, 2013

5

6                   _____

                      KENDALL J. NEWMAN

7                      UNITED STATES MAGISTRATE JUDGE

8    fran2055.eot

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26